IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPEL SINGH, | No. CIV S-06-1931-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.S. SISTO, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondents' motion for an extension of time (Doc. 8) to file a reply to petitioner's opposition to respondents' motion to dismiss. Good cause appearing therefor, the request is granted. Respondents may file a reply by December 7, 2006.

       IT IS SO ORDERED.

DATED: November 8, 2006.

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE