IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPEL SINGH, | No. CIV S-06-1931-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.S. SISTO, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for an extension of time (Doc. 10) to file a reply to petitioner's opposition to respondents' motion to dismiss.  Good cause appearing therefor, the request is granted.  Respondents may file a reply by January 8, 2007, after which date the motion to dismiss will stand submitted.

IT IS SO ORDERED.

DATED:  December 6, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1